UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WENDELL DWAYNE O'NEAL, *et a*l., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH INSURANCE COMPANY, INC., *et al*., <br><br> Defendants. | Case No. 2:18-cv-01677-RFB-BNW <br><br> **ORDER** |

Before the Court for consideration is the Report and Recommendation [ECF No. 7] of the Honorable Brenda N. Weksler, United States Magistrate Judge, entered September 10, 2019.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by September 24, 2019.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

1   **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 7] is
2   ACCEPTED and ADOPTED in full.

3   **IT IS FURTHER ORDERED** that Plaintiff's complaint (ECF No. 1-1) is DISMISSED
4   without prejudice in order for Plaintiff (1) to file an amended complaint solely on his own behalf,
5   and/or (2) to retain an attorney to represent Thirteenth Dimension, who should determine what
6   claims, if any, to pursue on behalf of Thirteenth Dimension.

7   **IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Amended
8   Complaint (ECF No. 9) is granted. **Plaintiff shall have until July 31, 2020 to file his amended**
9   **complaint.** The Clerk's Office shall file Plaintiff's [ECF No. 9-1] Amended Complaint.

DATED: July 2, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**